**Order entered April 7, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00377-CV

## IN THE BEST INTEREST AND PROTECTION OF E.P., Appellant

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MI-20-00463**

## ORDER

Before the Court is appellant's pro se motion for re-examination of the process and pivotal documents. Because appellant is represented by counsel and is not entitled to hybrid representation, we **DENY** the motion. *See Smith v. Smith*, 22 S.W.3d 140, 151, 153 (Tex. App.—Houston [14th Dist.] 2000, no pet.) (civil litigant not entitled to hybrid representation); *see also In re Black*, 04-18-00700-CV, 2018 WL 6331052, *2 (Tex. App.—San Antonio Dec. 5, 2018, orig. proceeding) (mem. op.) (same - proceeding for civil commitment of sexually violent predator).

/s/   ROBERT D. BURNS, III
CHIEF JUSTICE